PRESLEY, ADMR., APPELLEE, *v.* FRALEY, APPELLANT.

[Cite as *Presley v. Fraley,* 123 Ohio St.3d 238, 2009-Ohio-5255.]

(No. 2009–0608—Submitted September 1, 2009—Decided October 6, 2009.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Eppley v. Tri–Valley Local School Dist. Bd. of Edn.*, 122 Ohio St.3d 56, 2009-Ohio-1970, 908 N.E.2d 401.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

Jones Day, Shawn J. Organ, Matthew C. Corcoran, and Zachary C. Bolitho, for appellant.